**FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Plaintiff-Appellee,**

v.

**SCOTT BROTHERS CONSTRUCTION COMPANY et al., Defendants,**

**City Bank of Goodwater, Alabama, Defendant-Appellant.**

No. 72-2994.

United States Court of Appeals, Fifth Circuit.

July 2, 1973.

Rehearing and Rehearing En Banc Denied Aug. 7, 1973.

N. Lee Cooper, Sydney F. Frazier, Jr., co-counsel, Birmingham, Ala., for defendant-appellant.

James E. Clark, Birmingham, Ala., for Fidelity.

John H. Morrow, Birmingham, Ala., for Alexander Bank.

C. C. Torbert, Jr., Opelika, Ala., for Scott.

William I. Byrd, Alexander City, Ala., for Alexander City.

Before BELL, GOLDBERG and SIMPSON, Circuit Judges.

PER CURIAM:

The legal and factual issues raised in this appeal are indistinguishable from those raised in the companion case of Fidelity & Deposit Co. of Md. v. Scott, etc., 5 Cir. 1972, 461 F.2d 640. The teachings of the opinion in that case compel that we reverse the judgment of the District Court with directions that judgment be entered in favor of The City Bank of Goodwater.

Reversed and rendered.

* Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New

---

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Morris THOMAS, Defendant-Appellant.**

No. 73-1516

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

July 24, 1973.

Neil L. Heimanson, Atlanta, Ga. (court-appointed), for defendant-appellant.

John W. Stokes, Jr., U. S. Atty., P. Bruce Kirwan, Asst. U. S. Atty., Atlanta, Ga., for plaintiff-appellee.

Before JOHN R. BROWN, Chief Judge, and DYER and SIMPSON, Circuit Judges.

PER CURIAM:

In compliance with the mandate set forth in Anders v. California, 1967, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493, we have carefully reviewed this cause in its entirety, and conclude that there is no arguable merit in the appeal. It is therefore ordered, that the motion filed by Neil L. Heimanson, Esquire, for leave to withdraw as court-appointed counsel for Appellant is granted, and the appeal is dismissed as frivolous. See Local Rule 20. See also United States v. King, 5th Cir. 1972, 456 F.2d 1243; United States v. Mills, 5th Cir. 1971, 446 F.2d 1397; United States v. Minor, 5th Cir. 1971, 444 F.2d 521.

York et al., 5th Cir. 1970, 431 F.2d 409, Part I.